IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHELLE BRETZING, | ) | Case No. 8:12-CV-0003 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | **WITH PREJUDICE** |
| | ) | |
| INTEGRIGUARD, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER, having come before the Court on the joint stipulation of the parties, and the Court being fully advised in the premises, orders the above lawsuit be and hereby is dismissed with prejudice, each party to pay its own costs.

IT IS SO ORDERED.

Dated this __9th__ day of May, 2013.

BY THE COURT:

_____
United States District Court Judge

Prepared & Submitted By:

Patrick J. Barrett, #17246
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102-2663
(402) 341-6000

Attorneys for Defendant

858222 v1